JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SEACOAST COIN, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, CLELAND & ASSOCIATES INSURANCE, INC., a Texas corporation<br><br>Defendant | Case No.: 13-CV-01527-GAF (Manx)<br><br>**JUDGMENT** |

# JUDGMENT PURSUANT TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Motion for Partial Summary Judgment of Plaintiff, Seacoast Coin, Inc. ("Seacoast"), against Defendant, Travelers Property Casualty Company of America ("Travelers"), and Traveler's Motion for Summary Judgment were filed on June 2, 2014 (Dkt. 18, 19, and 20.) After consideration of the admissible evidence, the authorities of the parties, the statements of uncontroverted material facts, and for the reasons set forth in the Court's June 26, 2014 Order (Dkt. 29), the Court hereby finds there is no genuine issue as to any material fact, and Seacoast is entitled to judgment as a matter of law with respect to its claim for Breach of Contract and Travelers is entitled to judgment as a matter of law on Seacoast's claim for Breach of the Implied Covenant of Good Faith and Fair Dealing:

1. There is no genuine dispute as to any material fact, and Seacoast is entitled to judgment as a matter of law with respect to Seacoast's second cause of action for breach of contract. Judgment is entered against Travelers and in favor of Seacoast in the amount of $333,398.08 plus prejudgment interest in the amount of $62,604.33 ($91.93 per day x 681 days).

2. There is no genuine dispute as to any material fact and Travelers is entitled to judgment as a matter of law with respect to Seacoast's first cause of action for breach of the covenant of good faith and fair dealing. Judgment is entered against Seacoast and in favor of Travelers, and Seacoast will take nothing with respect to its first cause of action.

3. Seacoast is entitled to recover costs of suit in the amount of $_____ against Travelers:

**IT IS SO ADJUDGED.**

DATED: July 25, 2014

_____
HON. GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**